IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-00144-RLV-DSC

| | |
|---|---|
| JONATHAN SCHNEIDER, et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CCC-BOONE, L.L.C. et. al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on "Plaintiffs' Motion for Leave to Take Early Discovery …" (document #26) and the parties briefs and exhibits. See documents ##24-1, 25 and 26.

For the reasons stated in Defendants' brief, the Court concludes that Plaintiffs have failed to show good cause for conducting early discovery. Accordingly, "Plaintiffs' Motion for Leave to Take Early Discovery …" (document #26) is denied.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: March 24, 2014

David S. Cayer
United States Magistrate Judge