IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-144

| | |
|---|---|
| JONATHAN SCHNEIDER, DEANNA REARY, AND LANDON CLAY, all individually, and on behalf of those similarly situated, <br><br> **Plaintiffs,** <br><br> v. <br><br> CCC-BOONE, L.L.C., and CAPSTONE PROPERTIES, L.L.C., <br><br> **Defendants.** | **ORDER** |

**BEFORE THE COURT** is its own motion. The Court directs the Clerk to transfer the case file to Watauga Superior Court pursuant to the Order granting remand. (Doc. 28). However, this Court will retain jurisdiction over the attorneys' fees issue. *Watson v. Charleston Hous. Auth.*, 83 F. Supp. 2d 709, 711 (S.D.W. Va. 2000) ("Every circuit court of appeal that has considered this issue has concluded that a district court may award fees and costs after the case has been remanded to state court.").

Signed: December 12, 2014

Richard L. Voorhees
United States District Judge